IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 17-40097 |
| SUELLEN ROGERS JONES | * | CHAPTER 13 |
| SSN ***-**-3157 | | |
| 354 29TH AVENUE | * | |
| COLUMBUS, GA 31903 | | |
| | * | |
| DEBTOR | | |
| | * | |

## NOTICE OF MOTION

The Movant(s) in the above-styled Bankruptcy matter, has filed documents with the Court to modify the debtor(s) Chapter 13 Plan After Confirmation.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the **Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant(s) (identified below) or at the Clerk's office.**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then you or your attorney must file with the Court a written objection or response on or before **July 21, 2017**. If you are receiving this notice by mail, you may add three (3) days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 2147
Columbus, GA 31902

**If an objection or response is filed, a hearing on the motion shall be held on:**

**August 8, 2017 at 2:00 P.M., at the
U.S. Bankruptcy Court
1 Arsenal Place, Suite 309
901 Front Avenue
Columbus, GA 31901**

If you mail your objection or response to the Court for filing, you shall send it early enough so the Court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant(s)/debtor(s).

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c)(5)(B).

This 29th day of June 2017.

                    AREY & CROSS, P.C.

                    By: _____
                    America Cross
                    Attorney for Debtor(s)
                    4800 Armour Road
                    Columbus, GA  31904
                    (706) 596-6745
                    State Bar No: 191070 GA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 17-40097 |
| SUELLEN ROGERS JONES | * | CHAPTER 13 |
| SSN \*\*\*-\*\*-3157 | | |
| 354 29TH AVENUE | * | |
| COLUMBUS, GA 31903 | | |
| | * | |
| DEBTOR | | |
| | * | |

## MOTION FOR MODIFICATION OF PLAN AFTER CONFIRMATION

The **DEBTOR**, under the authority of Section 1329 of the Bankruptcy Code, file this Motion for Modification of Plan and respectfully shows:

1.

The Plan was confirmed on May 17, 2017.

2.

Debtor proposes to modify the Plan by adding mortgage arrears in the amount of $376.21 owed to Seterus, and they will be paid $50.00 per month; and by reducing the Pot Plan to the unsecured creditors to $2,874.00. All other terms shall remain in full force and effect.

3.

After notice and opportunity for objections, the Plan as modified should become the Debtor's Plan.

**WHEREFORE**, the Debtor prays that the Motion for Modification of Plan be approved.

AREY, AONG & CROSS, P.C.

By: _____
A. Cross
Attorney for Debtor
P.O. Box 8641
Columbus, GA 31908
(706) 596-6745
State Bar No: 191070 GA

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE: SUELLEN ROGERS JONES

DEBTORS,

CHAPTER 13 CASE NO: 17-40097

### CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s) employer) shall pay to the trustee the sum of **$ 150.00** monthly. (If the payments change over time include the following.) Theses plan payments change to $ N/A monthly on N/A , 2016. From the payments so received, the trustee shall make disbursements as follows:

2. (A) The trustee percentage fee as set by the United States Trustee;

   (B) The monthly payments will be made on the following long-term debts: (payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| N/A | | |

   (C) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts made after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| N/A | |

   (D) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See Section 1325(a).

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| N/A | | | | | |

   (E) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| SETERIS | $376.21 | $376.21 | | ARREARS OF MORTGAGE | $50.00 |

   (F) Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $ 3,250.00  to be paid as follows:

| Pursuant to the Current Administrative Order on Attorney Fee Awards | Pay according to the Administration Order. |
|---|---|

   (G) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| N/A | | | | | |

   (H) The following collateral is surrendered to the creditor :

| **NAME OF CREDITOR** | **DESCRIPTION OF COLLATERAL** |
|---|---|
| BRIDGECREST/DRIVE TIME | 2008 CHEVROLET HHR |

   (I) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at a rate of ___%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| N/A | |

   (J) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured  debt: _____N/A_____ .

(K) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law: __N/A__ .

(L) The debtor(s) will be the disbursing agent on the following debts: __SETERUS MORTGAGE__ .

(M) Special provisions:

    (a) Confirmation of the case will constitute a finding the requirements of Section 521 have been completed with.
    (b) The Non-PMSI in HHG of the following shall be void upon completion of the Plan:
    (c) The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims shall be allowed for the value of the collateral or the amount of the claim, whichever is less, and shall be paid in monthly installments and at the interest rate as shown above. Secured creditors shall retain their liens as provided in 11 U.S.C. § 1325(a)(5).
    (d) Upon completion of the Chapter 13 Plan payment to the secured creditors, any and all liens held shall be released, and the title returned to the debtor(s), except this does not apply to any long term debt, regulatory liens or debts being paid outside the Chapter 13 Plan.
    (e) Any Mortgage payments made after the date of filing are only to be applied to current balances.
    (f) The collateral surrendered to the creditor as shown above in Paragraph 2 (H) is in full satisfaction of the debt.
    (g) Property of the estate does not revest upon confirmation.
    (h) Debtor(s) may execute a Quit Claim Deed back to the mortgage holder after confirmation on any property surrendered in Paragraph 2(H).
    (i) If the debtor(s) have any student loans, they shall be deferred during the pendency of the Chapter 13 Plan: _____ .
    (j) Executory Contracts and/or leases receive the following designated treatment. For all executory contracts or unexpired leases being assumed by the debtor(s) pursuant to this plan, the Debtor(s) shall make all pre-confirmation §1326 adequate protection payments directly to the Lessors pursuant to the terms of the contract. For all contracts assumed, the Debtor(s) shall continue to make all payments directly to the creditor pursuant to the terms of the contract following the confirmation of the Debtor(s)' Plan:

| CREDITOR | COLLATERAL DESCRIPTION | REJECT | ASSUME |
|---|---|---|---|
| N/A | | | |

(N) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtor(s) will pay the highest of the three):

    (i) Debtor(s) will pay all of the disposable income as shown on From B22C of $ __0.00__ to the non priority unsecured creditors in order to be eligible for discharge.
    (ii) If the debtor(s) filed a Chapter 7 case, the unsecured creditors would receive $ __0.00__ . Debtor(s) will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge.
    (iii) The debtor(s) will pay $ __2,874.00__ To the general unsecured creditors to be distributed Pro Rata.

(O) General unsecured creditors whose claims are duly proven and allowed will be paid:

    (a) __N/A__ % dividend as long as this dividend exceeds the highest amount, if any, shown in Paragraphs (n)(i), (n), (ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.
    (b) The debtor(s) will make payments for __N/A__ months and pays a dividend of __N/A__ %, but will also exceed the highest amount shown in Paragraphs (n)(i), (n), (ii) or (n)(iii) above.

(P) Unless otherwise ordered by the Court, all property of the estate, whether in the possession of the Trustee or the Debtor(s), remains property of the estate subject to the Court's Jurisdiction, notwithstanding Section 1327(b), except as otherwise provided in Paragraph (M) above. Property of the estate not paid to the Trustee shall remain in the possession of the Debtor(s). All property in the possession and control of the Debtor(s) shall be insured by the Debtor(s). The Chapter 13 Trustee will not and is not required to insurance assets and has no liability for injury to any person, damage or loss to any property in possession and control of the Debtor(s) or other property affected by property in possession and control of the Debtor(s).

(Q) Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

Date: __6/29/2017__

_____
AMERICA CROSS, P.C.
America A. Cross, State Bar No: 191070 GA
4800 Armour Road, Columbus, GA 31904
(706) 596-6745

**CERTIFICATE OF SERVICE**

    I, America A. Cross, certify that I am and, at all times hereinafter mentioned, was more than 18 years of age; and that on the date below, I served a copy of the within Motion for Modification of Plan After Confirmation and Notice of Motion by electronically filing or by placing copies of the same in the United States Mail with appropriate postage affixed thereon to insure proper delivery addressed as follows:

**SEE ATTACHED DISTRIBUTION LIST**

    I, certify under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/2017
(Date)

By: _____
ARMINE CROSS, P.C.
America A. Cross
Attorney For Debtor
4800 Armour Road
Columbus, GA 31904
(706) 596-6745
State Bar No: 191070 GA

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-4<br>Case 17-40097<br>Middle District of Georgia<br>Columbus<br>Thu Jun 29 15:01:34 EDT 2017 | 4<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 | Access Loan Company<br>3604 Macon Road<br>Columbus, GA 31907-8201 |
| Amoco<br>4416 Veterans Parkway<br>Columbus, GA 31904 | Bridgecrest Credit Company, LLC c/o<br>Lisa F, Caplan , Esq<br>Rubin Lublin LLC<br>3145 Avalon Ridge Place , Suite 100<br>Peachtree Corners, Ga 30071-1570 | Bridgecrest Credit Company,LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Citi Bank Cards<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Covington Credit<br>3201 Macon Road<br>Suite 121<br>Columbus, GA 31906-1738 |
| Drive Time<br>Bridgecrest Credit<br>P.O. Box 29018<br>Phoenix, AZ 85038-9018 | Federal National Mortgage Association<br>C/O Seterus, Inc<br>PO Box 1047<br>Hartford, CT 06143-1047 | Federal National Mortgage Association ("<br>c/o Brock & Scott, PLLC<br>4360 Chamblee Dunwoody Rd. Suite 310<br>Atlanta, GA 30341-1056 |
| Loan South Finance Service<br>3517 Victory Drive<br>Suite A2<br>Columbus, GA 31903-2733 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT, INC. as agent<br>for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Credit Management<br>Capital One Bank<br>P.O. Box 939019<br>San Diego, CA 92193-9019 |
| One Main Financial<br>P.O. Box 9001122<br>Louisville, KY 40290-1122 | Onemain<br>PO Box 3251<br>Evansville, IN 47731-3251 | (p)SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C 29304-1893 | Security Loan<br>5820 Veterans Parkway<br>Suite 305<br>Columbus, GA 31904-3472 |
| Seterus<br>14523 SW Millikan Way Ste 200<br>Beaverton, OR 97005-2352 | Sunset Finance CO LLC<br>510 Mountain View Dr<br>Suite 500<br>Seneca SC 29672-2145 | Sunset Finance Company<br>3604 Macon Road<br>Suite 3<br>Columbus, GA 31907-8221 |
| U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | World Finance Company<br>3640 Buena Vista Road<br>Suite 6<br>Columbus, GA 31906-7303 |
| America A. Cross<br>Arey & Cross, P.C.<br>4800 Armour Road<br>Columbus, GA 31904-5231 | Kristin Hurst<br>Office of the Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902-1907 | Suellen Rogers Jones<br>354 29th Avenue<br>Columbus, GA 31903-1534 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Patriot Loan Company
4393 Victory Drive
Columbus, GA 31906

Portfolio Recovery Associates
Sam's Club
P.O. Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bridgecrest Credit Company, LLC

(u)Federal National Mortgage Association ("

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31