B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re  Suellen Rogers Jones          ,          Case No.  17-40097

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as
Trustee of the Chalet Series III Trust                    Federal National Mortgage Association
          Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known):  12-1
should be sent:                                          Amount of Claim:  $17,655.20
  c/o SN Servicing Corporation                           Date Claim Filed:  06/08/2017
  323 Fifth Street
  Eureka, CA 95501
Phone:  800-603-0836                                     Phone:
Last Four Digits of Acct #:  9188                        Last Four Digits of Acct. #:  9763

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ D. Anthony Sottile                              Date:  01/22/2019
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.