**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-40097 |
| Suellen Rogers Jones | Chapter 13 |
| Debtor. | Judge John T. Laney III |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                  13-1
Last 4 Digits of Account Number:    9188

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
| Phone:  800.603.0836<br>Email: | Phone:  800.603.0836<br>Email: |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| SN Servicing Corporation<br>PO Box 660820<br>Dallas, TX 75266 | c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
| Phone:  800.603.0836<br>Email: | Phone:  800.603.0836<br>Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on August 27, 2019, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    America A. Cross, Debtor's Counsel
    warey@aol.com

    Kristin Hurst, Chapter 13 Trustee
    ecf@ch13trustee.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on August 27, 2019, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Suellen Rogers Jones, Debtor
    354 29th Avenue
    Columbus, GA 31903

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com